VARONE, Respondent, v. CLARKE, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Angelo Varone against Audley Clarke. No opinion. Motion to withdraw the appeal granted, on condition that the appellant pay $10 costs.

VILLAGE OF MEDINA, Respondent, v. GRAVES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by the village of Medina against Burt Graves and others. No opinion. Order affirmed, with $10 costs and disbursements.

VOUGHT v. BLAINE et al. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by Harry H. Vought against James Blaine and another. No opinion. Motion granted, on payment of $10 costs. Settle order on notice.

WAGNER v. WHITCOMB. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Otto Wagner against James A. Whitcomb. No opinion. Motion granted, with $10 costs. Order filed.

WAINSTEIN et al., Respondents, v. ROSENBLUTH et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Abraham Wainstein and another, as administrators, etc., against Mina Rosenbluth and another, impleaded.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HIRSCHBERG, P. J., not voting.

WARNER, Appellant, v. HOLMES, Respondent. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Ellen E. Warner against Franklin S. Holmes. No opinion. Judgment affirmed, with costs.

WATSON, Respondent, v. BROOKS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Alma Grace Watson against William H. Brooks and others. No opinion. Motion for discontinuance granted, without costs.

WATSON, Respondent, v. HOOVER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Hiram R. Watson against Margaret L. Hoover and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS and KRUSE, JJ., dissent, upon the ground that there was an equitable assignment by the deceased to the appellant creditor of $500 of the insurance moneys, held by the plaintiff as trustee and to which he makes no claim.

WEBER, Respondent, v. CREDIT OFFICE, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Joseph Weber against the Credit Office. W. C. Shoup, for appellant. J. Weber, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed. See 106 N. Y. Supp. 583.

LAUGHLIN, J., dissents.

WEBER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by Katherine Weber against the International Railway Company. No opinion. Motion for stay granted, upon payment by the appellant of $12 juror fees within 10 days.

WEBER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by Katherine Weber against the International Railway Company. No opinion. Motion to dismiss the appeal granted, unless the appellant pay to the attorney for the respondent $10 within 10 days from the service of a copy of this order with notice of entry thereof, in which event the motion to dismiss the appeal is denied.

WEBER, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Emanuel Weber against Sanford Smith and another, impleaded with Borden's Condensed Milk Company. No opinion. Judgment and order unanimously affirmed, with costs.

WELLS, Appellant, v. WESTINGHOUSE, CHURCH, KERR & CO., Respondents. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Frank E. Wells against Westinghouse, Church, Kerr & Co.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

WELSH, Respondent, v. MEAD, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Nicholas Welsh against Lemoine C. Mead, as administratrix, etc., of Josiah Mead, deceased.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

WHITE et al., Appellants, v. LOOMIS et al., Respondents. (Supreme Court, Appellate Divi-